ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
  Social Security Administration
  333 Market St., Suite 1500
  San Francisco, CA  94105
  Telephone: (415) 977-8957
  Facsimile: (415) 744-0134
  E-mail: Roya.Massoumi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHELLE SEPULVEDA, | No. 5:10-cv-00398-RC _____ |
| Plaintiff, | [PROPOSED] |
| v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: 10/25/10

HON. ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE